FILED
MJ 25-04534
2025 JUL 22 AM 9:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___an___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 25-06315-01-MJ (redacted) |
| Makayla Marie MILLS | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Criminal Complaint
in the (N/A) District of Arizona on 07/01/2025
at 3:35 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 01/03/2025
in violation of Title 18 U.S.C., Section(s) 641
to wit: Theft of Public Funds

A warrant for defendant's arrest was issued by: Lynnette C. Kimmins, U.S. Magistrate Judge

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/21/25
                Date

Lopez Brandon C   Digitally signed by Lopez Brandon C
                  Date: 2025.07.21 10:36:59 -07'00'
Signature of Agent

Brandon Lopez
Print Name of Agent

IRS Criminal Investigation
Agency

Supervisory Special Agent
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT